LOMAS AND NETTLETON COMPANY *v.* EDMUND
CADOUX ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County, filed January 26, 1971, is denied.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County, filed February 18, 1971, is denied.

*Melvin J. Silverman,* for the appellee (plaintiff).

*Stephen M. Seelig,* for the appellant (defendant Homestead Lumber, Inc.).

Argued March 2—decided March 2, 1971

FYLER, INC. *v.* HERBERT R. SLEEPER ET AL.

The motion by the law firm Gilman and Marks to withdraw its appearance for the defendants in the appeal from the Court of Common Pleas in Hartford County is granted.

*Herbert A. Krasow,* in support of the motion.

Argued March 2—decided March 2, 1971

ROBERT C. GLAVIN *v.* FREDERICK ADAMS, WARDEN, CONNECTICUT STATE PRISON

Certification of the appeal under General Statutes § 52-470 being unnecessary, it is ordered that the plaintiff be permitted to take the necessary steps to perfect his appeal from the Superior Court in Hartford County.

*Gerald P. Dwyer,* in support of the motion.

*Jerrold H. Barnett,* assistant state's attorney, in opposition.

Submitted February 25—decided March 3, 1971